# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER: 10CR2793-MMA |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Michael Dunn (03) | ) | Booking No. 21163298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/6/12__ the Court entered the following order:

- [✓] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [ ] Defendant released on $_____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- [✓] Defendant sentenced to TIME SERVED, supervised release for __5__ years.
- [ ] c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court: _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

MICHAEL M. ANELLO
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY